**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSHUA CHUBOFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-1254 |
| ) | |
| GOUNARIS FAMILY LLC, ) | Hon. Mary M. Rowland |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joshua Chuboff hereby gives notice that this action is voluntarily dismissed, **without prejudice**. Defendant has not filed an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, **without prejudice**.

Dated this 18th day of November, 2024.

                Respectfully submitted,

                /s/ Jordan Greenberg
                Jordan Greenberg, Esq.
                Law Office of Jordan Greenberg
                Attorney for Plaintiff
                P.O. Box 5093
                Vernon Hills, IL 60061
                (847) 826-7825; ARDC #6317423
                jordangreenberglaw@gmail.com